Jesse Judson SIBOLD, Appellant,

v.

The STATE of Texas, Appellee.

No. 28561.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

J. J. MARTINO, Appellant,

v.

The STATE of Texas, Appellee.

No. 28558.

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is driving an automobile upon a public highway while intoxicated; the punishment, three days in jail and a fine of $500.

The record contains no statement of facts.

The lone bill of exceptions relates to the court's charge. The exceptions cannot be appraised in the absence of a statement of facts. Conwell v. State, Tex.Cr.App., 258 S.W.2d 86.

The judgment is affirmed.

PER CURIAM.

The offense is aggravated assault, with punishment assessed at a fine of $200.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.